In the Matter of the Application of THEODORE MASTROGIACOMO, Appellant, against DONALD M. KEAGLE, as Superintendent of Schools in and for the City School District of Olean, Respondent.— Motion for leave to appeal to the Court of Appeals denied. · Present — Taylor, P. J., McCurn, Kimball and Piper, JJ. [See 277 App. Div. 1159.]

## (March 20, 1951.)

ELLSWORTH I. YOUNG et al., Appellants, v. EMPLOYER'S FIRE INSURANCE COMPANY, Respondent.— Judgment and order reversed on the law and a new trial granted, with costs to the appellants to abide the event, on the ground that the plaintiffs' proofs presented questions of fact for the jury. All concur. (Appeal from a judgment dismissing the complaint in an action under an insurance policy.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

TILO ROOFING COMPANY, INC., Respondent, v. WILLIAM R. HANLY, Appellant.— Judgment affirmed, without costs of this appeal to either party. All concur, except Piper, J., who dissents and votes for reversal and for granting a new trial. (Appeal from a judgment for plaintiff in an action to rescind purchase of realty.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.